THEODORE WILLETT, PLAINTIFF IN ERROR, v. DANIEL P. CLARK, DEFENDANT IN ERROR.

[*Argued March 8th,* 1898; *decided June 20th,* 1898.]

On error to the Supreme Court.

For the plaintiff in error, *Alan H. Strong.*

For the defendant in error, *Vail & Ward.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, COLLINS, DEPUE, GUMMERE, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH.   11.

*For reversal*—None.